UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>PAMELA MICHELLE BENNETT, )<br>)<br>Defendant. ) | Criminal No. 14-5-GFVT-CJS-3<br>Related Civil No. 16-176-GFVT-CJS<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court pending review of the Report and Recommendation of United States Magistrate Judge Candace J. Smith [R. 95] filed on December 27, 2016. Consistent with local practice, the Magistrate's Report and Recommendation addresses Bennett's writ of habeas corpus under 28 U.S.C. § 2255. Before issuing her Recommendation, Judge Smith considered the underlying record, Bennett's § 2255 petition, and the Government's response. Ms. Bennett failed to file a reply brief.

Judge Smith's Report and Recommendation concludes that Defendant Bennett is not entitled to the relief sought. Specifically, Judge Smith determined that Bennett's motion is barred by both the applicable statute of limitations and the valid waiver in her plea agreement. Moreover, Judge Smith found that Bennett's arguments would fail on the merits even despite any procedural bar. In light of her conclusions, Judge Smith also recommended the Court deny a certificate of appealability. The Report and Recommendation advises the parties that any objections must be filed within fourteen (14) days of service, or a party waives the right to further appeal. [*Id*. at 26.]. As of this date, neither Bennett nor the Government has filed

objections or sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's Report and Recommendation are also barred from appealing a district court's order adopting that Report and Recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has considered the record, and it ultimately agrees with the Magistrate Judge's Recommended Disposition. Furthermore, the Court declines to issue a certificate of appealability. The Court determines that reasonable jurists would not find the denial of Bennett's § 2255 motion debatable. *See Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED**:

1. The Magistrate's Recommended Disposition [R. 95] as to Pamela Michelle Bennett is **ADOPTED** as and for the Opinion of the Court;

2. Bennett's petition [R. 87] is **DENIED;**

3. A Certificate of Appealability is **DENIED**; and

4. **JUDGMENT** is entered in favor of the United States and Civil No. 16-176-GFVT-CJS will be **STRICKEN** from the Court's active docket.

This the 27th day of January, 2017.

Gregory F. Van Tatenhove
United States District Judge